

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2016

No. 04-16-00512-CV

**IPSECURE INC.**,
Appellants

v.

James **CARRALES**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02257
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On August 8, 2016, the trial court signed an order entitled "Order on Temporary Injunction (Second Temporary Injunction)," requiring appellant IPSecure, Inc. to pay appellee Jesse Carrales bi-monthly salary and car payments as well as dental and vision insurance until October 17, 2016, the current date set for a pending trial on the merits. On August 10, 2016, appellant filed in this court an emergency motion for temporary stay of the second temporary injunction as well as a motion challenging the trial court's August 8, 2016 order, which also denied its request to increase bond, or in the alternative, supersede the enforcement of the second temporary injunction.

After review, we granted appellant's motion for temporary stay of the August 8, 2016 order and ordered the trial court's August 8, 2016 order stayed until further order of this court. We explained that appellant's underlying motion challenging the trial court's denial of its request to increase the bond, or in the alternative, supersede the enforcement of the second temporary injunction remained pending in this Court. We further ordered appellee to file in this court on or before **August 22, 2016** a response to appellant's pending motion.

On August 22, 2016, appellee filed its response to appellant's pending motion. Thereafter, appellant filed a reply. After reviewing the motion, response and reply, we **ORDER** the pending motion regarding appellant's request to increase the temporary injunction bond carried with the appeal. The motion will be ruled upon when this appeal is submitted and decided. We also **GRANT** appellant's request to supersede the enforcement of the second temporary injunction and **ORDER** appellant to deposit into the court registry the cash payments ordered in the August 8, 2016 temporary injunction order until this court's mandate issues in this appeal or until further order of this court. Accordingly, we dissolve our temporary stay previously granted by this court on August 10, 2016.

We **order** the clerk of this court to serve a copy of this order on the trial court and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court